UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ANDRE DRAPER-EL                                                                            PLAINTIFF

v.                                                                        CIVIL ACTION NO. 3:09CV-P78-S

LIGGETT MORRIS *et al.*                                                                    DEFENDANTS

## MEMORANDUM OPINION

Plaintiff, Andre Draper-El, initiated this civil action under 42 U.S.C. § 1983 by filing a complaint on or about February 9, 2009. On December 30, 2010, the Clerk of Court mailed Plaintiff an Order regarding Defendants' pending motion to dismiss. The mailing was returned to the Clerk of Court by the U.S. Postal Service stamped "Return to Sender-Attempted Not Known-Unable to Forward." The envelope also bears a handwrote notation stating "not here." A review of the docket sheet indicates that Plaintiff has neither filed a notice of change of address with the Court, nor taken any other action in this matter since July 2010.

Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Plaintiff has failed in his

obligations to the Court. Because neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff, the Court construes this action to be abandoned. Therefore, the Court will dismiss this action by separate Order.

Date:

cc:     Plaintiff, *pro se*

4411.008