# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**ANDRE DRAPER-EL**                                             **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 3:09CV-P78-S**

**LIGGETT MORRIS** *et al.*                                     **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice as abandoned**.

There being no just reason for the delay in its entry, this is a final Order.

All pending motions are **DENIED as moot**.

The Court further **certifies** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith.

Date:


cc:     Plaintiff, *pro se*

4411.008